IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| A.M.A.R.A. TEMPLE OF MOORISH SCIENCE and NOBLE T HASAAN BEY aka WILLIAM TYRONE THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> NATHAN DEARY et al., <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:13-cv-624-O |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, the motion for leave to proceed *in forma pauperis* is **DENIED**. Within fourteen (14) days of the date of this Order, Plaintiff shall tender the filing and administrative fees to the Clerk of Court. Failure to comply with this Order could result in dismissal of the case without further notice.

**SO ORDERED** on this **3rd day** of **September, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE